RECEIVED
IN LAKE CHARLES, LA

FEB 25 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DAMEON DALEY | CIVIL ACTION NO. 10-0021 |
| VS. | JUDGE MINALDI |
| J.P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus filed by Dameon Daley be **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, on this _24_ day of _February_, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE